UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CHERYL A. BERNIER,

       Plaintiff,                            Case no. 08-14779
                                                          Honorable John Corbett O'Meara

v.


COMMISSIONER OF
SOCIAL SECURITY,

       Defendant,

_____/


## ORDER ADOPTING
## REPORT AND RECOMMENDATION

      The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed Magistrate Judge Virginia M. Morgan's November 18, 2009 Report and Recommendation, as well as any objections filed by the parties, and upon review;

      **IT IS HEREBY ORDERED** that the Report and Recommendation is **ADOPTED** as the findings and conclusions of this Court.


                                                     s/John Corbett O'Meara
                                                   United States District Judge


Date: December 30, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, December 30, 2009, by electronic and/or ordinary mail.

s/William Barkholz
Case Manager